UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

WILLIAM E. BURGES, et al.,
Plaintiff,

v.

Case No. 3:14-cv-01564

BANCORPSOUTH, INC., et al.,
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for William E. Burges and Rose M. Burges hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that Court.

s/ Jeremy A. Lieberman
Signature

Name: Jeremy A. Lieberman

Address: Pomerantz LLP

Address: 600 Third Avenue, 20th Floor

Address: New York, NY 10016

Phone: 212-661-1100

Email: jalieberman@pomlaw.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>       **JEREMY ALAN LIEBERMAN**       </u> , Bar # <u>     **JL6130**     </u>

was duly admitted to practice in this Court on

<u>     **JANUARY 10th, 2006**     </u> , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     <u>          **AUGUST 5th, 2014**          </u>

<u>    Ruby J. Krajick    </u>            by <u> Wayne Bowman </u>
Clerk                                        Deputy Clerk