# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

WILLIAM E. BURGES, et al.,
Plaintiff,

v.

Case No. 3:14-cv-01564

BANCORPSOUTH, INC., et al.,
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for        William E. Burges and Rose M. Burges        hereby moves

for admission to appear *pro hac vice* in this action.  I hereby certify that I am a member in good

standing from the United States District Court for the        Southern District of New York        .

Attached is a Certificate of Good Standing from that Court.

s/    Francis P. McConville

Signature

Name:    Francis P. McConville

Address:  Pomerantz LLP

Address:  600 Third Avenue, 20th Floor

Address:  New York, NY 10016

Phone:    212-661-1100

Email:    fmcconville@pomlaw.com

**\*\*FEE: $75.00**
**(\*Note:  The fee may be paid through the credit card module on the Court's ECF System if**
**the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after**
**the filing.  If forwarded to the Clerk, payment should be in the form of a check, cashier's**
**check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room**
**800, Nashville, TN  37203.)**

**\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \***

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**FRANCIS PAUL McCONVILLE**, Bar # **FM4233**

was duly admitted to practice in this Court on

**FEBRUARY 10th, 2012**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     **AUGUST 5th, 2014**

<u>Ruby J. Krajick</u>
Clerk

by     _Wayne Browne_
Deputy Clerk