IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and On Behalf of All Others Similarly Situated. | ) ) ) ) | Case No. 3:14-cv-01564 |
| Plaintiffs, | ) ) | Judge Trauger |
| v. | ) ) | |
| BANCORPSOUTH, INC., JAMES D. ROLLINS, III and WILLIAM L. PRATER | ) ) ) ) | |
| Defendants, | ) | |

## JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Plaintiffs William E. Burges and Rose M. Burges ("Plaintiffs") and Defendants BancorpSouth, Inc., James D. Rollins, III and William Prater ("Defendants") move the Court to enter the proposed Scheduling Order, submitted herewith as Exhibit A. The proposed Order sets a schedule for Defendants to answer or otherwise respond to an anticipated amended complaint and continues the case management conference currently scheduled for October 20, 2014. Counsel have conferred and believe that the proposed Order submitted herewith provides for the efficient progression of this case through initial phases until a determination of preliminary motions. If the case progresses beyond the motion phase, a case management conference may be held and a case management order be entered at that time.

DC-9832968 v1