IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and On Behalf of All Others Similarly Situated. ) ) ) ) Plaintiffs, ) ) v. ) ) BANCORPSOUTH, INC., JAMES D. ) ROLLINS III and WILLIAM L. PRATER ) ) Defendants, | Case No. 3:14-cv-01564<br><br>Judge Trauger |

## [~~PROPOSED~~] SCHEDULING ORDER

As set forth in the Joint Motion for Entry of a Scheduling Order, Plaintiffs William E. Burges and Rose M. Burges ("Plaintiffs"), and BancorpSouth, Inc., James D. Rollins, III and William L. Prater ("Defendants") have proposed a schedule for the initial phase of this case, and it appearing that the proposed schedule is appropriate for the efficient management of proceedings, it is hereby

ORDERED that:

1. Pursuant to Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B)(i), discovery and other proceedings are stayed pending the determination of a Lead Plaintiff, the filing of an amended complaint and the determination of any motion to dismiss.

2. Defendants are not required to respond to the initial complaint filed in this case.

3. Within 60 days of the date of entry of an order appointing Lead Plaintiff and Lead Counsel, Lead Plaintiff shall file an amended complaint.

4. Within 60 days of the filing of the amended complaint, Defendants shall answer, move against, or otherwise respond to the amended complaint.



DC-9832793 v1

5. If any Defendants move to dismiss the amended complaint, then Plaintiffs shall have 45 days from the date the motion is served, to serve and file a response to that motion.

6. Defendants shall have leave to file a reply brief in further support of their motion to dismiss and shall serve and file such reply not later than 30 days from the date the Plaintiffs' response to the motion to dismiss is served.

7. The initial case management conferences currently scheduled for October 20, 2014 at 2:30 p.m. is continued and will be reset, as necessary, after Defendants have answered or after the Court has ruled upon any motions filed by the Defendants.

Dated: 9/2/14

Aleta A. Trauger, United States District Judge

Stipulated to and submitted by:

/s/ Patrick V. Dahlstrom
Paul Kent Bramlett #7387
Robert Preston Bramlett #25895
Bramlett Law Offices
P.O. Box 150734
Nashville, TN 37215-0734
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
pknashlaw@aol.com
robert@bramlettlawoffices.com

Jeremy A. Lieberman (admitted pro hac vice)
Francis P. McConville (admitted pro hac vice)
Pomerantz, LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
fmmconville@pomlaw.com

Patrick V. Dahlstrom (admitted pro hac vice)
Pomerantz, LLP
10 South LasSalle Street, Suite 3505
Chicago, Illinois 60603
Attorneys for Plaintiffs
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Attorneys for Plaintiffs*

  /s/ Thomas A. Wiseman III
Thomas A. Wiseman
Wiseman Ashworth Law Group
511 Union Street Suite 800
Nashville, TN 37219-1743
Telephone: (615) 254-1878
Facsimile: (615)
tom@wisemanashworth.com

*Attorneys for Defendants*