IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and On Behalf of All Others Similarly Situated. | Case No. 3:14-cv-01564 |
| Plaintiffs, | Judge Trauger |
| v. | |
| BANCORPSOUTH, INC., JAMES D. ROLLINS, III and WILLIAM L. PRATER | |
| Defendants, | |

## MOTION OF JEFFREY B. MALETTA TO APPEAR PRO HAC VICE

Defendants BancorpSouth, Inc., James D. Rollins III, and William L. Prater, ("Defendants" herein), respectfully request that this Court enter an Order permitting Jeffrey B. Maletta to appear Pro Hac Vice and represent Defendants as counsel in the above-styled case. In support of this Motion, Defendants state as follows:

1. Defendants have requested Jeffrey B. Maletta to represent their interests as counsel in this action.

2. Jeffrey B. Maletta is an attorney with the law firm of K&L Gates LLP, 1601 K Street, NW Washington, D.C. 20006-1600.

3. Jeffrey B. Maletta is a member in good standing of the Bar of the District of Columbia and the Bar of the United States District Court for the District of Columbia. An original Certificate of Good Standing from the United States District Court for the District of Columbia is attached hereto.

4. Jeffrey B. Maletta has not been suspended or disbarred in any court, and no disciplinary proceedings have ever been filed against him.

5. Jeffrey B. Maletta has reviewed the local rules of the United States District Court for the Middle District of Tennessee.

In light of the foregoing, Defendants respectfully request this Court to enter an Order permitting Jeffrey B. Maletta to appear Pro Hac Vice as counsel for Defendants in this action.

Respectfully submitted,

WISEMAN ASHWORTH LAW GROUP PLC

By: /s/ Thomas A. Wiseman III
Thomas A. Wiseman III, Esq., #11738
511 Union Street, Suite 800
Nashville, Tennessee 37219-1743
Telephone: (615) 254-1877
Facsimile: (615) 254-1878

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 2nd day of October, 2014, by using CM/ECF systems, which will send notice of electronic filing of the foregoing document to the following:

Paul Kent Bramlett
Robert Preston Bramlett
Bramlett Law Offices
P. O. Box 150734
Nashville, TN 37215-0734

Jeremy A. Lieberman
Francis P. McConville
Pomerantz, LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Patrick V. Dahlstrom
Pomerantz, LLP
10 South LasSalle Street, Suite 3505
Chicago, IL 60603

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
414 Union Street, Suite 900
Nashville, TN 37219

/s/     Thomas A. Wiseman III
        Thomas A. Wiseman III