UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 3:14-cv-01564 ) ) The Honorable Aleta A. Trauger ) |
| Plaintiffs, | ) CLASS ACTION ) |
| vs. | ) MOTION FOR ADMISSION ) *PRO HAC VICE* |
| BANCORPSOUTH, INC., *et al.*, | ) ) |
| Defendants. | ) ) ) |

The undersigned counsel for Lead Plaintiff, City of Palm Beach Gardens Firefighters' Pension Fund, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of Florida. Attached is a Certificate of Good Standing from that Court.

                                                                                                         s/JACK REISE

| | |
|---|---|
| Name: | Jack Reise |
| Address: | Robbins Geller Rudman & Dowd LLP |
| Address: | 120 East Palmetto Park Road – Suite 500<br>Boca Raton, Florida 33432 |
| Phone: | (561) 750-3000 |
| Email: | jreise@rgrdlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on

ROBBINS GELLER RUDMAN
 & DOWD LLP

*/s/ Christopher M. Wood*
CHRISTOPHER M. WOOD, #032977

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com