**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| WILLIAM E. BURGES and | ) | |
| ROSE M. BURGES, Individually | ) | |
| and on Behalf of All Others | ) | |
| Similarly Situated, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:14-cv-01564 |
| | ) | |
| BANCORPSOUTH, INC., et al. | ) | The Honorable Aleta A. Trauger |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER**

For the reasons articulated in Defendants' motion, which demonstrate good cause, the

Court hereby grants Defendants' motion to file a Memorandum of Law in support of their

Motion to Dismiss Plaintiff's Amended Complaint that is not to exceed fifty (50) pages,

excluding the cover page, table of contents, and table of authorities, and further grants Plaintiff

permission to file a brief not to exceed fifty (50) pages in opposition to the Defendants' Motion

to Dismiss.

It is so **ORDERED**.

The Clerk is directed to send a copy of this Order to all counsel of Record.

_____
The Honorable Aleta A. Trauger
United States District Judge

Date: ____3/9/2015____
Nashville, TN