UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiffs,<br><br>   vs.<br><br>BANCORPSOUTH, INC., *et al.*,<br><br>                       Defendants. | Civil Action No. 3:14-cv-01564<br><br>The Honorable Todd J. Campbell<br><br><u>CLASS ACTION</u><br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

The undersigned counsel for Lead Plaintiff City of Palm Beach Gardens Firefighters' Pension Fund hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Northern District of California. Attached is a Certificate of Good Standing from that Court.

                                                                    /S/ MAUREEN E. MUELLER

| | |
|---|---|
| Name: | Maureen E. Mueller |
| Address: | Robbins Geller Rudman & Dowd LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432 |
| Phone: | (561) 750-3000 |
| Email: | mmueller@rgrdlaw.com |

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of July, 2015.

ROBBINS GELLER RUDMAN
 & DOWD LLP

/S/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD, #032977

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com