UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANCORPSOUTH, INC., et al.<br><br>Defendants. | Civil Action No. 3:14-cv-01564<br><br>The Honorable Todd J. Campbell |

## MOTION OF NICHOLAS G. TERRIS TO APPEAR PRO HAC VICE

Defendants BancorpSouth, Inc., James D. Rollins III, William L. Prater, and James V. Kelley ("Defendants"), respectfully request that this Court enter an Order permitting Nicholas G. Terris to appear Pro Hac Vice and represent Defendants as counsel in the above-styled case. In support of this Motion, Defendants state as follows:

Defendants have requested Nicholas G. Terris to represent their interests as counsel in this action.

Nicholas G. Terris is an attorney with the law firm of K&L Gates LLP, 1601 K Street, NW, Washington, D.C. 20006-1600.

Nicholas G. Terris is a member in good standing of the Bar of the United States District Court for the Southern District of New York. An original Certificate of Good Standing from the United States District Court for the Southern District of New York is attached hereto.

Nicholas G. Terris has not been suspended or disbarred in any court, and no disciplinary proceedings have ever been filed against him.

Nicholas G. Terris has reviewed the local rules of the United States District Court for the Middle District of Tennessee.

In light of the foregoing, Defendants respectfully request this Court to enter an Order permitting Nicholas G. Terris to appear Pro Hac Vice as counsel for Defendants in this action.

Respectfully submitted,

WISEMAN ASHWORTH LAW GROUP PLC


By: /s/ Thomas A. Wiseman III
    Thomas A. Wiseman III, #11738
511 Union Street, Suite 800
Nashville, TN 37219-1743
Telephone: (615) 254-1877
Facsimile: (615) 254-1878
Email: tom@wisemanashworth.com

Jeffrey B. Maletta (*pro hac vice*)
Nicholas G. Terris (*pro hac vice* filed)
Amy J. Eldridge (*pro hac vice*)
**K&L Gates LLP**
1601 K Street, NW
Washington, DC 20006-1600
Phone: (202) 778-9000
Fax: (202) 778-9100
E-mail:
jeffrey.maletta@klgates.com
nicholas.terris@klgates.com
amy.eldridge@klgates.com

R. Bruce Allensworth (*pro hac vice*)
**K&L Gates LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: (617)261-3100
Fax: 617.261.3175
Email: bruce.allensworth@klgates.com

*Counsel for defendants BancorpSouth, Inc., James D. Rollins, III, James V. Kelley, and William L. Prater*

# CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the additional individuals listed below:

| | |
|---|---|
| Christopher M. Wood<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Tel: (615) 244-2203<br>Fax: (615) 252-3798<br>Email: cwood@rgrdlaw.com | Jack Reise<br>Maureen E. Mueller<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Tel: (561) 750-3000<br>Fax: (561) 750-3364<br>Email: jreise@rgrdlaw.com<br>mmueller@rgrdlaw.com |
| Jerry E. Martin<br>Timothy L Miles<br>**Barrett Johnston Martin & Garrison, LLC**<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Tel: (615) 244-2202<br>Fax: (615) 252-3798<br>Email: jmartin@barrettjohnston.com<br>tmiles@barrettjohnston.com | Jeremy A. Lieberman<br>Francis P. McConville<br>**Pomerantz LLP**<br>600 Third Avenue<br>20th Floor<br>New York, NY 10016<br>Tel: (212) 661-1100<br>Fax: (212) 661-8665<br>Email: jalieberman@pomlaw.com<br>Email: fmcconville@pomlaw.com |
| Patrick V. Dahlstrom<br>**Pomerantz LLP**<br>10 S LaSalle Street<br>Suite 3505<br>Chicago, IL 60603<br>Tel: (312) 377-1181<br>Fax: (312) 377-1184<br>Email: pdahlstrom@pomlaw.com | Robert P. Bramlett<br>**Bramlett Law Offices**<br>P.O. Box 150734<br>Nashville, TN 37215<br>Tel: (615) 248-2828<br>Fax: (615) 254-4116<br>Email: robert@bramlettlawoffices.com |

        __s/____Thomas A. Wiseman III_____
        Thomas A. Wiseman III (#11738)
        **WISEMAN ASHWORTH LAW GROUP**
        511 Union Street, Suite 800
        Nashville, TN 37219-1743
        Phone: (615) 254-1877

Fax: (615) 254-1878  
Email: tom@wisemanashworth.com  
*Counsel for defendants BancorpSouth, Inc.,*  
*James D. Rollins, III, James V. Kelley, and*  
*William L. Prater*