UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:14-cv-01564 |
| | ) | The Honorable Todd J. Campbell |
| Plaintiffs, | ) ) | CLASS ACTION |
| vs. | ) ) | MOTION FOR ADMISSION |
| | ) | *PRO HAC VICE* |
| BANCORPSOUTH, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |
| | ) | |

The undersigned counsel for Lead Plaintiff City of Palm Beach Gardens Firefighters' Pension Fund hereby moves for admission to appear *pro hac vice* in this action.  I hereby certify that I am a member in good standing of the United States District Court for the Southern District of Florida.  Attached is a Certificate of Good Standing from that Court.


DATED: November 25, 2015                    /S/ PEDRO A. HERRERA
                                   _____

Name:          Pedro A. Herrera

Address:       Sugarman & Susskind
               100 Miracle Mile, Suite 300
               Coral Gables, Florida  33134

Phone:         (305) 529-2801

Email:         herrera@sugarmansusskind.com



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

**CERTIFICATE OF GOOD STANDING**

I,   **Steven M. Larimore,**   Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Pedro Alberto Herrera**, Florida Bar # **930091**, was duly admitted to practice

in this Court on **October 19, 2007**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on November 11, 2015



**Steven M. Larimore**
*Court Administrator • Clerk of Court*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 25th day of November, 2015.

SUGARMAN & SUSSKIND

/S/ PEDRO A. HERRERA
PEDRO A. HERRERA

100 Miracle Mile, Suite 300
Coral Gables, Florida 33134
Telephone: 305/529-2801
305/447-8115 (fax)
herrera@sugarmansusskind.com

**Counsel for Defendant(s)**

Jeffrey B. Maletta
Nicholas G. Terris
Amy J. Eldridge
K&L Gates LLP
1601 K Street, N.W.
Washington, DC  20006
  202/778-9000
  202/778-9100    (Fax)

R. Bruce Allensworth
K&L Gates LLP
One Lincoln Street
Boston, MA  02111
  617/261-3100
  617/261-3175    (Fax)

Thomas A. Wiseman, III
Wiseman Ashworth Law Group PLC
511 Union Street, Suite 800
Nashville, TN  37219-1734
  615/254-1877
  615/254-1878    (Fax)

**Counsel for Plaintiff(s)**

Douglas S. Johnston Jr.
Timothy L. Miles
Barrett Johnston Martin & Garrison, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
  615/244-2202
  615/252-3798    (Fax)

Danielle S. Myers
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423    (Fax)

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
  615/244-2203
  615/252-3798    (Fax)

Robert A. Sugarman
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
  305/529-2801
  305/447-8115    (Fax)