UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ) <br> ROSE M. BURGES, Individually ) <br> and on Behalf of All Others ) <br> Similarly Situated, ) <br>           Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> BANCORPSOUTH, INC., et al ) <br> ) <br>           Defendants, ) <br> ) | Civil Action No. 3:14-cv-01564 <br><br> The Honorable Todd J. Campbell <br> The Honorable E. Clifton Knowles |

## MOTION OF KRISTA CONSIGLIO TO APPEAR PRO HAC VICE

Defendants BancorpSouth, Inc., James D. Rollins III, and William L. Prater ("Defendants herein), respectfully request that this Court enter an Order permitting Krista Consiglio to appear Pro Hac Vice and represent Defendants as counsel in the above-styled case. In support of this Motion, Defendants state as follows:

1. Defendants have requested Krista Consiglio to represent their interests in counsel in this action.

2. Krista Consiglio is an attorney with the law firm of K&L Gates LLP, 1601 K Street, NW Washington, D.C. 20006-1600.

3. Krista Consiglio is a member in good standing of the Virginia State Bar and the Bar of the United States District Court for the Eastern District of Virginia. An original Certificate of Good Standing from the United States District Court for the Eastern District of Virginia is attached hereto.

4. Krista Consiglio has not been suspended or disbarred in any court, and no disciplinary proceedings have ever been filed against her.

5. Krista Consiglio has reviewed the local rules of the United States District Court for the Middle District of Tennessee.

In light of the foregoing, Defendants respectfully request this Court to enter an Order permitting Krista Consiglio to appear Pro Hac Vice as counsel of Defendants in this action.

Dated: July 8, 2016

Respectfully submitted,

　　 s/ Thomas A. Wiseman III
Thomas A. Wiseman III (#11738)
**WISEMAN ASHWORTH LAW GROUP**
511 Union Street, Suite 800
Nashville, TN 37219-1743
Phone: (615) 254-1877
Fax: (615) 254-1878
Email: tom@wisemanashworth.com

Krista Consiglio
K&L Gates LLP
1601 K Street NW
Washington, D.C. 20006
Telephone: (202) 778-9022
Facsimile: (202) 778-9100
Email: krista.consiglio@klgates.com
　　　　　　　klgateseservice@klgates.com

*Attorney Pending Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 8th day of July, 2016, by using CM/ECF systems, which will send notice of electronic filing of the foregoing document to the following:

| | |
|---|---|
| Christopher M. Wood<br>Christopher H. Lyons<br>**ROBBINS GELLER RUDMAN<br>& DOWD LLP**<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Tel: (615) 244-2203<br>Fax: (615) 252-3798<br>Email: cwood@rgrdlaw.com<br>          clyons@rgrdlaw.com | Jack Reise<br>Maureen E. Mueller<br>Sabrina Tirabassi<br>**ROBBINS GELLER RUDMAN<br>& DOWD LLP**<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Tel: (561) 750 -3000<br>Fax: (561) 750-3364<br>Email: jreise@rgrdlaw.com<br>               mmueller@grglaw.com<br>               stirabassi@grglaw.com |
| Jerry E. Martin<br>Timothy L Miles<br>**BARRETT JOHNSTON MARTIN &<br>GARRISON, LLC**<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Tel: (615) 244-2202<br>Fax: (615) 252-3798<br>Email: jmartin@barrettjohnston.com<br>          tmiles@barrettjohnston.com | Pedro A. Herrera<br>**SUGARMAN & SUSSKIND**<br>100 Miracle Mile, Suite 300<br>Coral Gables, FL 33134<br>Tel: (305) 529-2801<br>Fax: (305) 447-8115<br>Email: pherrera@sugarmansusskind.com |

       s/ Thomas A. Wiseman III
Thomas A. Wiseman III (#11738)
**WISEMAN ASHWORTH LAW GROUP**
511 Union Street, Suite 800
Nashville, TN 37219-1743
Phone: (615) 254-1877
Fax: (615) 254-1878
Email: tom@wisemanashworth.com

*Counsel for defendants BancorpSouth, Inc., James D. Rollins, III, James V. Kelley, and William L. Prater*