IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. BURGES, et al., | ) | |
| | ) | |
|     Plaintiffs | ) | |
| v. | ) | NO. 3:14-cv-1564 |
| | ) | CHIEF JUDGE CRENSHAW |
| BANCORPSOUTH, INC., et al., | ) | |
| | ) | |
|     Defendants | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Lead Plaintiff's Motion to Certify the Class (Doc. No. 97) is **GRANTED**, and the Court certifies a class as follows:

All persons who purchased or otherwise acquired the publicly traded common stock of BancorpSouth, Inc. between February 12, 2014 and July 21, 2014, inclusive, and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of the Company at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE