UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>    vs.<br><br>BANCORPSOUTH, INC., et al.,<br><br>                    Defendants. | Civil Action No. 3:14-cv-01564<br><br>The Honorable Waverly D. Crenshaw, Jr.<br>The Honorable Jeffery S. Frensley<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S UNOPPOSED MOTION FOR (i) PRELIMINARY APPROVAL OF SETTLEMENT, (ii) PRELIMINARILY GRANTING CLASS CERTIFICATION, AND (iii) APPROVAL OF NOTICE TO THE CLASS |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation

of Settlement with exhibits, and all pleadings and records on file in this case, Plaintiff City of Palm

Beach Gardens Firefighters' Pension Fund hereby moves the Court for an order: (1) granting

preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice

of the proposed settlement to the Class; (3) preliminarily granting class certification for settlement

purposes; and (4) setting a hearing date for final approval thereof, and a schedule for various

deadlines relevant thereto.

DATED:  March 30, 2018                          Respectfully submitted,

                                                ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                CHRISTOPHER M. WOOD, #032977
                                                CHRISTOPHER H. LYONS, #034853


                                                        s/ Christopher M. Wood
                                                ———————————————————
                                                   CHRISTOPHER M. WOOD

                                                414 Union Street, Suite 900
                                                Nashville, TN  37219
                                                Telephone:  615/244-2203
                                                615/252-3798 (fax)
                                                cwood@rgrdlaw.com
                                                clyons@rgrdlaw.com

                                                ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
                                                JACK REISE
                                                MAUREEN E. MUELLER
                                                SABRINA E. TIRABASSI
                                                120 East Palmetto Park Road, Suite 500
                                                Boca Raton, FL  33432
                                                Telephone:  561/750-3000
                                                561/750-3364 (fax)
                                                jreise@rgrdlaw.com
                                                mmueller@rgrdlaw.com
                                                stirabassi@rgrdlaw.com

1403969_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiffs

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2018.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
   & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:14-cv-01564 Burges et al v. BancorpSouth, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **R. Bruce Allensworth**
  bruce.allensworth@klgates.com

- **Gail Vaughn Ashworth**
  gail@wisemanashworth.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Amy J. Eldridge**
  amy.eldridge@klgates.com,klgateseservice@klgates.com,Litigation.Docketing@klgates.com

- **Pedro A. Herrera**
  pherrera@sugarmansusskind.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com

- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,smcclenahan@barrettjohnston.com,nchanin@barrettjohnston.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com,tellis@barrettjohnston.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,dvanore@rgrdlaw.com

- **Jack Reise**
  jreise@rgrdlaw.com,stirabassi@rgrdlaw.com,evanyi@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Nicholas G. Terris**
  nicholas.terris@klgates.com

- **Sabrina E. Tirabassi**
  stirabassi@rgrdlaw.com

- **Thomas Anderton Wiseman , III**
  tom@wisemanashworth.com,lisa@wisemanashworth.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)