UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| WILLIAM E. BURGES, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | NO. 3:14-cv-01564 |
| | ) | CHIEF JUDGE CRENSHAW |
| BANCORPSOUTH, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

In light of the Court setting the Final Approval Hearing for settlement (Doc. No. 246) on **September 21, 2018**, at 1:30 p.m., the pretrial conference set for September 10, 2018 and the trial set for September 18, 2018 are **CANCELED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1