UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. BURGES and ROSE M. BURGES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANCORPSOUTH, INC., et al.,<br><br>Defendants. | Civil Action No. 3:14-cv-01564<br><br>The Honorable Waverly D. Crenshaw, Jr.<br>The Honorable Jeffery S. Frensley<br><br><u>CLASS ACTION</u><br><br>MOTION FOR ADMISSION *PRO HAC VICE* |

The undersigned counsel for Lead Plaintiff, City of Palm Beach Gardens Firefighters' Pension Fund, hereby moves for admission of Ellen Gusikoff Stewart of Robbins Geller Rudman & Dowd LLP to appear *pro hac vice* in this action. I hereby certify that she is a member in good standing of the United States District Court for the Southern District of California. Attached is a Certificate of Good Standing from that Court.

DATED: April 25, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　　CHRISTOPHER M. WOOD, #032977
　　　　　　　　　　　　　　　　　　CHRISTOPHER H. LYONS, #034853

　　　　　　　　　　　　　　　　　　　　s/ Christopher M. Wood
　　　　　　　　　　　　　　　　　　　CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
clyons@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE
MAUREEN E. MUELLER
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com
mmueller@rgrdlaw.com
stirabassi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Plaintiffs

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Liaison Counsel

CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2018.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:14-cv-01564 Burges et al v. BancorpSouth, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **R. Bruce Allensworth**
  bruce.allensworth@klgates.com

- **Gail Vaughn Ashworth**
  gail@wisemanashworth.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Amy J. Eldridge**
  amy.eldridge@klgates.com,klgateseservice@klgates.com,Litigation.Docketing@klgates.com

- **Pedro A. Herrera**
  pherrera@sugarmansusskind.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Christopher Hamp Lyons**
  clyons@rgrdlaw.com

- **Jeffrey B. Maletta**
  jeffrey.maletta@klgates.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,smcclenahan@barrettjohnston.com,nchanin@barrettjohnston.com

- **Timothy L. Miles**
  tmiles@barrettjohnston.com,tellis@barrettjohnston.com

- **Maureen E. Mueller**
  mmueller@rgrdlaw.com,dvanore@rgrdlaw.com

- **Jack Reise**
  jreise@rgrdlaw.com,stirabassi@rgrdlaw.com,evanyi@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Nicholas G. Terris**
  nicholas.terris@klgates.com

- **Sabrina E. Tirabassi**
  stirabassi@rgrdlaw.com

- **Thomas Anderton Wiseman , III**
  tom@wisemanashworth.com,lisa@wisemanashworth.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,smorris@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`