**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

William E. Burges, et al.
Plaintiff,
v. Case No.: 3:14−cv−01564

BancorpSouth, Inc., et al.
Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/24/2018 re [266].

Clerk of Court
s/ Megan Gregory, Deputy Clerk